ORIGINAL

FILED

09/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

SEP 2 2 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
DENNIS MARK GRIMM, JR.

O R D E R

Dennis Mark Grimm, Jr., has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of his application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Grimm passed the MPRE in 1993 when seeking admission to the practice of law in the State of Maryland, and in 1994 when seeking admission in the State of Pennsylvania. He was admitted to both of those Bars and has practiced law continuously for over 27 years "without any ethical or disciplinary issues in any jurisdiction where licensed." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Dennis Mark Grimm, Jr., to waive the three-year test requirement for the MPRE for purposes of his current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 22nd day of September, 2020.

_____
Chief Justice

_____

_[signatures]_

Justices

2